UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

V.

GEORG INGENBLEEK

Hon. Claire C. Cecchi

Crim. No. 20-628-CCC

ORDER FOR DISMISSAL

This matter having come before the Court on a motion pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure by Alina Habba, the United States Attorney for the District of New Jersey (Jonathan Fayer Assistant U.S. Attorney, appearing) to dismiss Counts Three to Seven of the Indictment without prejudice; and the Defendant Georg Ingenbleek (Daniel Rashbaum, Esq., appearing) having consented to the Government's motion; and for good cause shown,

IT IS, therefore, on this _____ day of May 2025,

(1) ORDERED that the United States is granted leave to move pursuant to Rule 48(a) to dismiss Counts Three to Seven of the Indictment;

(2) ORDERED that the United States' motion is granted; and

(3) ORDERED that Counts Three to Seven of the Indictment are hereby dismissed without prejudice.

_____
Honorable Claire C. Cecchi
United States District Judge